**Copyrights-In-Suit for IP Address 73.212.222.235**

**ISP:** Comcast Communications, LLC
**Location:** Washington, DC

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Fill Her Up | PENDING | 11/17/2017 | 11/28/2017 | 01/30/2018 |
| Hot and Wet | PENDING | 01/06/2018 | 01/11/2018 | 01/22/2018 |
| Five Reasons to Love Sex with Blondes | PENDING | 12/09/2017 | 01/03/2018 | 12/26/2017 |
| Luckiest Man Alive | PA0001996216 | 02/04/2016 | 02/18/2016 | 12/05/2017 |
| The Call Girl | PA0002034879 | 07/30/2016 | 10/20/2016 | 08/10/2017 |
| A Fucking Hot Threesome | PA0001957700 | 08/07/2015 | 08/17/2015 | 08/07/2017 |
| Susie Up Close and Personal | PENDING | 08/06/2017 | 08/30/2017 | 08/07/2017 |
| Summer Lovers | PENDING | 07/07/2017 | 08/30/2017 | 07/13/2017 |
| Czechmates | PA0002014932 | 04/01/2016 | 06/18/2016 | 07/07/2017 |

**Total Malibu Media, LLC Copyrights Infringed:  9**